IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JENNIFER LE FEUVRE,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No. 1:24-cv-09709

Judge John J. Tharp, Jr.

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 60 | XYX® |
| 52 | blnlobl |
| 97 | EINKI |
| 98 | ThreeTu |
| 176 | SDOTXA |
| 136 | Wang Xing Wei Shu Dian |
| 75 | Biencaso |
| 133 | Jatmira Home |
| 172 | Snxx Network Technology |
| 174 | YIXun Network Technology |
| 148 | Yuwouni |
| 58 | Sinqerisht |
| 66 | Petocase |
| 20 | FOWIN |
| 144 | YANGJIJUN05 |
| 25 | good summer clothes |
| 159 | dmqupv |
| 135 | QinHuangDaoWangHeDianZiKeJiYouXianGongSi |
| 154 | Wilucolt |
| 156 | XIFHUI Clothing |

| | |
|---|---|
| 157 | MQL Star |
| 171 | uycd |
| 182 | Meili Clothing |
| 183 | Fashion Beautiful Store |
| 6 | HJYHJY |
| 17 | Tian'er Clothing Brand Store |
| 32 | BOLAYU |
| 33 | DGXIANYANG |
| 36 | Yibodan |
| 55 | ALINDFEHG 7-14 Days Delivery |
| 35 | qicimaoyidian |
| 169 | Dezsed |
| 186 | squarex |
| 192 | KH1552EE |
| 193 | ewomo |
| 137 | Syonermall |
| 129 | Becoler Store |
| 45 | paehe |
| 59 | GOGOCOMPANY |
| 117 | Wreioau Home |
| 155 | FANSIREN Clothing |
| 162 | HSMQHJWE Clothing |
| 152 | Kaisennvmeili |
| 61 | xiamenshihuliqulianghuishuichanpinjingyingbu |
| 125 | zhongmingdong147 |
| 121 | yangyanlei123 |
| 72 | ShinOya |
| 2 | Litetao Within 7-15 Days Delivery |
| 21 | DGZTWLL |
| 23 | NRUTUP |
| 26 | Lightning Deals Of Today-DUNHA |
| 43 | Gu5efdif |
| 46 | VCXWTD |
| 90 | Hongcay (6-12days delivery) |
| 160 | WENY Store |
| 161 | Women clothing Store |
| 164 | BONTRM |
| 170 | Zaninqin |
| 188 | Cloudedge Fushi |
| 12 | LMSXCT |
| 24 | Lazapa |
| 27 | Fashion Wirziis Store |
| 48 | MoKFE-US（✈7-14 days delivery） |
| 51 | JWZUY-Women US Clothing |

| | |
|---|---|
| 128 | fashsgirl |
| 3 | BeLOL |
| 5 | Mayntop |
| 8 | Janepam |
| 113 | Yue home |
| 150 | dongmengjia |
| 62 | ONVInn |
| 93 | Dalaofeng |
| 42 | YYDMCFF |
| 34 | UIN |
| 11 | JiBoDe |
| 127 | YoyourIe |
| 141 | ptkouanmaoyi |

DATED: November 22, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt